IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLINT DESTINO,

    Plaintiff,

v.                                                           No. 20-cv-397-MV-GJF

CENTURION MEDICAL SERVICES, *et al,*

    Defendants.

**ORDER TO ANSWER AND DIRECTING PLAINTIFF TO PROVIDE ADDRESSES**

This matter is before the Court on the *pro se* complaint filed by Plaintiff Clint Destino in the First Judicial District Court, County of Santa Fe, State of New Mexico, and removed to this Court by Defendant Centurion Medical Services. (Doc. 1-2) (the "Complaint"). When the Complaint was filed, Plaintiff was in the custody of the New Mexico Corrections Department and housed at Lea County Correctional Facility. He alleges, *inter alia*, that Defendants were deliberately indifferent to his serious medical needs arising from an injury to his arm and his post-surgery care. Having reviewed the Complaint *sua sponte* under 28 U.S.C. § 1915(e) and Fed. R. Civ. P. 12(b)(6), the Court finds the claims must be resolved on a full record and after a *Martinez* investigation.

Park & Associates, LLC has entered an appearance in this case on behalf of Defendant Centurion Medical Services. (Doc. 2). Yenson, Allen & Wosick, P.C. has entered an appearance on behalf of M. Valeriano. (Doc. 3). These Defendants will be given thirty days within which to answer the Complaint.

It appears that the remaining Defendants have not been served with process and the Complaint does not provide addresses for them. "[T]he onus [is] squarely on plaintiffs to track

1

down the whereabouts of defendants to effectuate service—rather than obliging courts to assist in this endeavor[.]" The Court will therefore require Plaintiff to provide a current address for Defendants Murray F. Young, FNU Wise, George Stevenson, John Doe (Orthopedic Surgeon) and any unnamed New Mexico Department of Corrections Defendants against which Plaintiff wishes to pursue claims, for the purpose of serving each of them with a summons and a copy of the Complaint. If Plaintiff fails to timely provide an address for any defendant, the Court may dismiss all claims against such defendant(s) without further notice.

**IT IS ORDERED** that:

(1)   Defendants Centurion Medical Services and M. Valeriano must file an answer within thirty days of the entry of this Order.

(2)   Within thirty days of the entry of this Order, Plaintiff must provide the Court with addresses where the remaining Defendants can be served with a summons and a copy of the Complaint.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE