UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CLINT DESTINO,

    Plaintiff,

v.                                                                        Civ. No. 20-397 MV/GJF

CENTURION MEDICAL SERVICES, *et al.*,

    Defendants.

**ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION, GRANTING MOTIONS FOR SUMMARY JUDGMENT, AND DISMISSING CASE**

    THIS MATTER is before the Court upon Defendants Centurion Medical Services and Valeriano's separate motions for summary judgment. Docs. 23 & 24. The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on July 10, 2023. Doc. 28. The PFRD notified the parties of their ability to file objections within 14 days and that failure to do so waived appellate review. *Id.* at 10. Objections were due on July 24, 2023. To date, Mr. Destino has not filed any objections and the time to do so has now passed.

    Pursuant to Federal Rule of Civil Procedure 72(b), the Court has conducted a de novo review of the record and all parts of the Magistrate Judge's PFRD. After conducting this de novo review and having thoroughly considered the PFRD, the Court finds no reason either in law or fact to depart from the Magistrate Judge's recommended disposition.

    **IT IS THEREFORE ORDERED** that the Magistrate Judge's PFRD is **ADOPTED**, the Defendants' motions for summary judgment are **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**.

                                                                           _____
                                                                           **MARTHA VÁZQUEZ**
                                                                           **SENIOR UNITED STATES DISTRICT JUDGE**